# AFFIDAVIT OF SERVICE

**TYPE OF PROCESS:** Civil Action Summons, Complaint

**SERVED:** Citibank Service Corporation c/o Corporation Trust Company, Registered Agent

**ADDRESS:** 820 Bear Tavern Road, West Trenton, NJ 08628

**TELEPHONE:** (609) 538-1818

**ATTORNEY:** Antranig Garibian, Esquire

**COUNTY:** USDC for the District of Delaware

**CIVIL ACTION NO.:** 1:21-cv-01308-UNA

Majharul Chowdhury
PLAINTIFF(S)

VS

Citibank, N.A., et al
DEFENDANT(S)

Received this process on the 21st day of September 2021, and served the same on the within named Defendant at 11:20 AM on the 22nd day of September 2021 in Mercer County, New Jersey.

☐ **INDIVIDUAL SERVICE:** By delivering to the within named person a true copy of this process along with a copy of the complaint, petition or other initial pleading or paper as indicated above.

☐ **SUBSTITUTE SERVICE:** By leaving a true copy of this process along with a copy of the complaint, petition or other initial pleading or paper as indicated above, at the within named person's usual place of abode, business with a person residing at the said address, fourteen years of age or older, to wit:_, and informing such persons of their contents.

☒ **CORPORATION SERVICE:** By delivering a true copy of this process with the date and hour of serve endorsed thereon by me and a copy of the complaint, petition or other initial pleading or paper as indicated above, to: Dionne Evans, Intake Specialist/Authorized Representative, on behalf of Citibank Service Corporation, c/o Corporation Trust Company, Registered Agent, a corporation.

☐ **NON-SERVICE:** By returning the same this ___ day of _____, 2020, for the reason that after diligent search and inquiry the above named could not be located in _____ County, _____ for the following reason: _____.

Description: Black Female, Age: 55 years-old, Height: 5'7", Weight: 145 lbs.

Sworn to and subscribed before me this 25th day of September 2021

Before me the undersigned personally appeared Joseph L. Sugar

_____
Notary Public

Alexandria V Fields
Notary Public
New Jersey
My Commission Expires 11-12-2025
No. 50026986

_____
and being duly sworn, deposes and says that he/she served the above on the above named dates
Selective Subpoena & Investigative Service, Inc.
P.O. Box 8191, Cherry Hill, New Jersey 08002

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF DELAWARE

Majharul Chowdhury

*Plaintiff(s)*

v.

Citibank, N.A., Discover Bank, Equifax Information Services, LLC, Experian Information Solutions, Inc., Trans Union, LLC

*Defendant(s)*

Civil Action No. 1:21-cv-01308-UNA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Citibank, N.A. Service Corporation c/o
~~701 East 60th St North~~ Corporation Trust Company
~~Sioux Falls, SD 57117~~ Registered Agent
820 Bear Tavern Rd.
West Trenton, NJ 08628

Sign: DIONNE EVANS
Print:
Title: Intake Specialist
Date: 9/22/21
Time: 11:30 Am
Phone: (609) 535-1818

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Antranig Garibian, Esquire
Garibian Law Offices, P.C.
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

/s/ John A. Cerino

Date: 9/21/21

*Signature of Clerk or Deputy Clerk*